**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
METRO RISK MANAGEMENT AGENCY,

                             Petitioner,                    23 **CIVIL** 1944 (VSB)

          -against-                           **JUDGMENT**

HUDSON        SPECIALTY        INSURANCE
COMPANY,

                             Respondent.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 23, 2026, MRMA's motion to vacate the interim arbitral award is DENIED. Hudson's cross-motion to confirm the final arbitral award is GRANTED. Judgment is entered in favor of Hudson and against MRMA for $1,106,110.68 plus compound interest at the rate of 9% per annum from March 15, 2023, (Doc. 23-1), in the amount of $362,008.51, and reasonable legal fees, (Docs. 17-12; 21-1).

**Dated**: New York, New York
       June 24, 2026

                                     **TAMMI M. HELLWIG**

                                    _____
                                     **Clerk of Court**

              **BY:**          *K. Mango*

                                    _____
                                     **Deputy Clerk**