UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                      :

METRO RISK MANAGEMENT AGENCY,  :

                                       :

                     Petitioner,  :

                                       :               23-CV-1944 (VSB)

        -against-          :

                                       :                **ORDER**

HUDSON SPECIALTY INSURANCE      :
COMPANY,                        :

                                       :

                    Respondent.  :

                                       :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of Respondent's motion to correct clear error under Federal Rule of Civil

Procedure 60(a).  (Doc. 63.)  Absent a response from Petitioner, I will grant the application and

file an amended Opinion & Order on July 2, 2026.

SO ORDERED.

Dated:  June 25, 2026
       New York, New York

                                       _____
                                         Vernon S. Broderick
                                         United States District Judge