**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

METRO RISK MANAGEMENT AGENCY,

Petitioner,

-against-

HUDSON SPECIALTY INSURANCE COMPANY,

Respondent.

---------------------------------------------------------------X

23 **CIVIL** 1944 (VSB)

**AMENDED JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated July 2, 2026, MRMA's motion to vacate the interim arbitral award is DENIED. Hudson's cross-motion to confirm the final arbitral award is GRANTED. Judgment is entered in favor of Hudson and against MRMA for $1,000,000 plus compound interest at the rate of 9% per annum from March 15, 2023 under the Interim Award, (Award, paragraph 21(b)) amounting to $331,751.06 in interest, and for $1,106,110.68 plus compound interest at the rate of 9% per annum from March 15, 2023 under the Final Award, (Doc. 23-1, paragraph 1) amounting to $367,076.54 in interest.

**Dated**: New York, New York
July 8, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**